# Exhibit 2

| US8065191B2 | CyberMetals ("The accused instrumentality") |
|---|---|
| 10. A method of maintaining an account for purchase of at least one tangible commodity at a posted and locked-in price current at time of purchase and for delivery on-demand of the at least one tangible commodity regardless of a price current at time of delivery, the method including the steps of: | The accused instrumentality practices a method of maintaining an account (e.g., a user account) for purchase of at least one tangible commodity (e.g., physical gold, silver, etc.) at a posted and locked-in price current at time of purchase (e.g., a current market price of the gold, silver, etc. during purchase) and for delivery on-demand (e.g., delivery of physical gold bar, silver bar, etc.) of the at least one tangible commodity (e.g., a physical gold bar, silver bar, etc.) regardless of a price current at time of delivery (e.g., a current market price of gold, silver, etc. during redemption). As shown below, the accused instrumentality allows users to buy gold, silver, platinum and palladium in digital form. When a user buys gold, silver, platinum, etc. on the platform, each digital unit represents real physical metal stored in secure vaults in different locations. During the transaction, the price is fixed (locked-in) at the market rate at the exact time of purchase. When the user chooses to redeem the digital gold, silver, platinum, etc. for physical metal, they receive that same quantity of gold, silver, platinum, etc., regardless of whether the market price has gone up or down since the time of purchase. |



https://www.cybermetals.com/

https://www.cybermetals.com/



tangible commodity

# Gold, Silver, Platinum & Palladium Products

CyberMetals® combines the speed of online investing with the security of direct ownership of your metal. Each CyberMetals® purchase represents investment-grade gold, silver, platinum, or palladium bullion that is stored in our fully segregated and insured Las Vegas vault. Open an account today and experience a new way to invest in physical precious metals.

**Create an Account**

https://www.cybermetals.com/pricing



https://www.youtube.com/watch?v=pENVDkxHjNs

## True Ownership Explained

At CyberMetals®, when you buy precious metals, you hold actual, physical metals in a legally segregated account. Each investment is your property, stored under maximum security. Client holdings are vaulted in the form of fine gold, silver, platinum and palladium bars.

https://www.cybermetals.com/

## Low Counterparty Risk

Unlike paper-based ETFs such as GLD, which hold contracts to mirror market movements, CyberMetals® guarantees physical allocation of every ounce you purchase. Your investment is not just a number on a screen; it's a tangible asset in our vaults in Dallas, Texas.

## Direct and Unambiguous Ownership

- **Physical Allocation:** Your purchase through CyberMetals® isn't just a digital entry or a paper claim. It represents physical precious metals that are allocated directly to you. This tangible ownership is a fundamental aspect of our service.

- **Legally Segregated Storage:** Our efficient pooled storage system legally segregates each investor's holdings. This ensures that the collective amount of each precious metal type in our pool matches the sum of individual ownerships, maintaining a perfect 1 to 1 ratio. Your portion is legally distinct, safeguarding the uniqueness of your investment.
https://www.cybermetals.com/true-ownership-explained

- **Liquidity Options:** Although your metals are physically stored, you have the option to sell and redeem your holdings through our platform. This provides you with liquidity while still maintaining the integrity and security of physical ownership.

At CyberMetals®, we understand the importance of true, tangible ownership in precious metals investing. Our commitment to providing secure, legally segregated, and transparent ownership of physical metals sets us apart, giving you the confidence and assurance you need in your investments. Join CyberMetals® to experience the security and satisfaction of true vaulted metal ownership.
https://www.cybermetals.com/true-ownership-explained

# How it Works

Open a free account and invest in securely stored precious metals at a low, fixed premium. Check your portfolio, buy and sell, or make deposits and withdrawals 24/7 through our desktop or mobile app. Or convert your holdings at any time into physical products that are shipped to your door.

delivery on-demand of tangible commodity

https://www.cybermetals.com/how-it-works

# How are precious metals priced on CyberMetals?

All metal pricing is based on the current spot value, plus a premium. Visit our Pricing page for the most current premiums on each metal type. All pricing will be clearly displayed on the Buy and Sell pages when performing a transaction. Prices are valid during the transaction confirmation process for 3 minutes. After 3 minutes, prices are refreshed.

https://help.cybermetals.com/article/552-how-are-precious-metals-priced-on-cybermetals



| tangible commodity | Gold | Silver | Platinum | Palladium |
| --- | --- | --- | --- | --- |
| Vault | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas |
| Allocation | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated |

https://www.cybermetals.com/pricing

**Create Your Account**

**Browse Products**

tangible commodity

Choose from gold, silver, platinum, or palladium.

purchase of tangible commodity at a posted and locked-in price current at time of purchase

**Pre-Fund**

Send funds to your CyberMetals® cash balance.

**Buy**

Lock in a live buy order at the current spot price.

https://www.cybermetals.com/how-it-works



https://www.cybermetals.com/how-it-works

### 4. Buying Digital Metals from Us

Buy Orders consist of any purchase of Digital Metals, including Auto Buys and Redemption Orders (collectively, "Buy Orders").

You may buy Digital Metals only in accordance with this Agreement. Upon placing an order to buy Digital Metals with CyberMetals®, you have entered into a binding and legally enforceable agreement. Prices and availability are subject to change without notice.

Customers may buy Digital Metals from CyberMetals® using the funds contained in their Account, or through wire transfer, ACH, credit/debit card (MC, Visa, Discover, AMEX), PayPal, paper check, and cryptocurrency, subject to change without notice. All Buy Orders shall have a minimum amount of either: $0.01 or 0.001 ounces, whichever is greater.

When placing an order for Digital Metals, the price at which your order is submitted is the guaranteed price. Once your order is placed, your purchased Digital Metals will not be available for liquidation until full payment is received. An "order number" will subsequently be forwarded to you via email.

https://www.cybermetals.com/terms#toc_1



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

 **CyberMetals: Buy Gold & Silver** ✕

About this app

CyberMetals allows individual investment into securely stored gold and silver at the lowest possible cost. Your free account allows you to invest precious metals 24/7, and through our partnership with JM Bullion, redeem physical precious metals at any time.

CyberMetals offers a variety of features which make it the best place to invest precious metals.

■ Build Your Portfolio ■
Buy and sell digital precious metals (gold, silver, platinum and palladium), securely stored and insured.

■ Automatic Purchases ■
Build your portfolio with automated purchases of any of our products.

■ Physical Redemption ■
Convert your CyberMetals holdings into any products sold by our partner, JM Bullion and A-Mark Precious Metals.

https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

As shown below, the accused instrumentality allows a customer to purchase a tangible commodity (e.g., gold) at the current market price i.e., $2679.21 (e.g., a posted and locked-in price).



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

# Physical Redemption

Convert your holdings into physical products anytime through our relationship with JM Bullion, one of the largest precious metals retailers in the world.

https://www.cybermetals.com/learn/physical-redemption

# How it Works



Your CyberMetals® holdings represent 100% direct ownership of securely-stored, physical pooled metal. To redeem, simply sell your holdings at the current market rate and apply the proceeds to a wide range of products to have shipped to your door.

https://www.cybermetals.com/learn/physical-redemption



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

| establishing, using a | The accused instrumentality practices establishing, using a computer-based system |

| computer-based system, a bulk refillable account for an individual user; | (e.g., a server of the accused instrumentality), a bulk refillable account (e.g., an account of a user) for an individual user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows a user to create an account for storing digital gold, silver, platinum, etc. Also, the user account is refilled by making additional purchases, transfers, etc.<br><br><br><br>https://www.cybermetals.com/how-it-works |



https://www.cybermetals.com/how-it-works



https://www.cybermetals.com/register

## 1. Account Creation and Information

Account registration and use of the Services is free. In these Terms and Conditions, "Account" means an account created by a user of the Services with CyberMetals® ("Customer") to buy or sell Digital Metals, add funds to maintain a deposit on account with CyberMetals®, withdraw funds, or redeem funds for Physical Precious Metals. "Digital Metals" are a digital representation of gold, silver, and other precious metals and other bullion, physically backed and stored by CyberMetals® that Customers may buy, sell, and/or use toward purchasing Physical Precious Metals for delivery through the Services. "Physical Precious Metals" means physical precious metals, such as gold, silver, platinum, or palladium bullion bars, rounds, and coins, for which you may redeem your Digital Metals or funds on deposit. Physical Precious Metals purchases will be processed by our affiliate JM Bullion, Inc.

https://www.cybermetals.com/terms#toc_1

| | Customers must open an Account with CyberMetals® in order to buy and sell Digital Metals, as well as redeem Digital Metals or funds on deposit for the purchase of Physical Precious Metals. Customers may open an Account by following the instructions on the CyberMetals® website. Customers may also login to CyberMetals® via a JM Bullion, Inc., Provident Metals Corp., or Silver.com, Inc. account, using the email address associated with that account (note that if the Customer subsequently changes the email address on the JM Bullion, Inc., Provident Metals Corp., or Silver.com, Inc. account, they will no longer be able to log directly into CyberMetals® due to multi-factor authentication rules). https://www.cybermetals.com/terms#toc_1 |
|---|---|



bulk refillable account

https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://www.youtube.com/watch?v=rsrw0Ndx_g4

| | |
|---|---|
| establishing, by the computer-based system, a current account balance for each commodity in quantity units; | The accused instrumentality practices establishing, by the computer-based system (e.g., a server of the accused instrumentality), a current account balance (e.g., total quantity) for each commodity (e.g., gold, silver, platinum, etc.) in quantity units (e.g., grams, ounce, etc.).<br><br>As shown below, the accused instrumentality displays existing balance for each commodity such as gold, silver, platinum, etc. in specific quantity units. |



https://www.cybermetals.com/how-it-works

As shown below, the accused instrumentality displays existing balance for commodity such as gold and silver in specific quantity units.



a current account balance for each commodity in quantity units

https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

<table>
<tr><td></td><td>



a current account balance for each commodity in quantity units

https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

</td></tr>
<tr><td>accessing,    by    the</td><td>The accused instrumentality practices accessing, by the computer-based system (e.g., a</td></tr>
</table>

| | |
|---|---|
| computer-based system, the account by the user; | server of the accused instrumentality), the account (e.g., a user's account) by the user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows the user to view their account.<br><br><br><br>https://www.cybermetals.com/how-it-works |



https://www.cybermetals.com/how-it-works

## 1. Account Creation and Information

Account registration and use of the Services is free. In these Terms and Conditions, "Account" means an account created by a user of the Services with CyberMetals® ("Customer") to buy or sell Digital Metals, add funds to maintain a deposit on account with CyberMetals®, withdraw funds, or redeem funds for Physical Precious Metals. "Digital Metals" are a digital representation of gold, silver, and other precious metals and other bullion, physically backed and stored by CyberMetals® that Customers may buy, sell, and/or use toward purchasing Physical Precious Metals for delivery through the Services. "Physical Precious Metals" means physical precious metals, such as gold, silver, platinum, or palladium bullion bars, rounds, and coins, for which you may redeem your Digital Metals or funds on deposit. Physical Precious Metals purchases will be processed by our affiliate JM Bullion, Inc.

https://www.cybermetals.com/terms#toc_1

Customers must open an Account with CyberMetals® in order to buy and sell Digital Metals, as well as redeem Digital Metals or funds on deposit for the purchase of Physical Precious Metals. Customers may open an Account by following the instructions on the CyberMetals® website. Customers may also login to CyberMetals® via a JM Bullion, Inc., Provident Metals Corp., or Silver.com, Inc. account, using the email address associated with that account (note that if the Customer subsequently changes the email address on the JM Bullion, Inc., Provident Metals Corp., or Silver.com, Inc. account, they will no longer be able to log directly into CyberMetals® due to multi-factor authentication rules).

https://www.cybermetals.com/terms#toc_1



bulk refillable account

https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://www.youtube.com/watch?v=rsrw0Ndx_g4

| transacting, by the computer-based system, for delivery of a selected tangible commodity, delivery being available on-demand at a plurality of | The accused instrumentality practices transacting (e.g., an online transaction), by the computer-based system (e.g., a server of the accused instrumentality), for delivery (e.g., delivery at a user's selected location) of a selected tangible commodity (e.g., a physical gold bar, silver bar, etc.), delivery being available on-demand at a plurality of specific locations (e.g., multiple US locations, etc.).<br><br>As shown below, the accused instrumentality allows the user to redeem physical gold, |
| --- | --- |

| specific locations; | silver, platinum, etc. based on meeting withdrawal requirements. The user can request redeeming the physical gold, silver, platinum, etc. to their specified location. |
|---|---|
| |  https://www.cybermetals.com/ https://www.cybermetals.com/pricing |

# How it Works

Open a free account and invest in securely stored precious metals at a low, fixed premium. Check your portfolio, buy and sell, or make deposits and withdrawals 24/7 through our desktop or mobile app. Or convert your holdings at any time into physical products that are shipped to your door.

delivery on-demand of tangible commodity

https://www.cybermetals.com/how-it-works

| tangible commodity | Gold | Silver | Platinum | Palladium |
|---|---|---|---|---|
| Vault | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas |
| Allocation | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated |

https://www.cybermetals.com/pricing

### 1. Account Creation and Information

Account registration and use of the Services is free. In these Terms and Conditions, "Account" means an account created by a user of the Services with CyberMetals® ("Customer") to buy or sell Digital Metals, add funds to maintain a deposit on account with CyberMetals®, withdraw funds, or redeem funds for Physical Precious Metals. "Digital Metals" are a digital representation of gold, silver, and other precious metals and other bullion, physically backed and stored by CyberMetals® that Customers may buy, sell, and/or use toward purchasing Physical Precious Metals for delivery through the Services. "Physical Precious Metals" means physical precious metals, such as gold, silver, platinum, or palladium bullion bars, rounds, and coins, for which you may redeem your Digital Metals or funds on deposit. Physical Precious Metals purchases will be processed by our affiliate JM Bullion, Inc.

https://www.cybermetals.com/terms#toc_1

## True Ownership Explained

At CyberMetals®, when you buy precious metals, you hold actual, physical metals in a legally segregated account. Each investment is your property, stored under maximum security. Client holdings are vaulted in the form of fine gold, silver, platinum and palladium bars.

https://www.cybermetals.com/

## Low Counterparty Risk

Unlike paper-based ETFs such as GLD, which hold contracts to mirror market movements, CyberMetals® guarantees physical allocation of every ounce you purchase. Your investment is not just a number on a screen; it's a tangible asset in our vaults in Dallas, Texas.

- **Liquidity Options:** Although your metals are physically stored, you have the option to sell and redeem your holdings through our platform. This provides you with liquidity while still maintaining the integrity and security of physical ownership.

At CyberMetals®, we understand the importance of true, tangible ownership in precious metals investing. Our commitment to providing secure, legally segregated, and transparent ownership of physical metals sets us apart, giving you the confidence and assurance you need in your investments. Join CyberMetals® to experience the security and satisfaction of true vaulted metal ownership.

https://www.cybermetals.com/true-ownership-explained



https://www.cybermetals.com/how-it-works

# Physical Redemption

Convert your holdings into physical products anytime through our relationship with JM Bullion, one of the largest precious metals retailers in the world.

https://www.cybermetals.com/learn/physical-redemption

# How it Works



Your CyberMetals® holdings represent 100% direct ownership of securely-stored, physical pooled metal. To redeem, simply sell your holdings at the current market rate and apply the proceeds to a wide range of products to have shipped to your door.

https://www.cybermetals.com/learn/physical-redemption



https://www.cybermetals.com/learn/physical-redemption



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://www.youtube.com/watch?v=_XWEU7dkHm4

| adjusting, by the computer-based system, the current balance for the selected commodity in response to the transacting, wherein the step of transacting includes the steps of: | The accused instrumentality practices adjusting, by the computer-based system (e.g., a server of the accused instrumentality), the current balance (e.g., a total quantity) for the selected commodity (e.g., gold, silver, platinum, etc.) in response to the transacting (e.g., an online transaction). |
|---|---|
| | As shown below, the accused instrumentality allows the user to redeem physical gold, silver, platinum, etc. based on meeting withdrawal requirements. The user can request redeeming the physical gold, silver, platinum, etc. to their specified location. It automatically updates the user's current commodity balance to reflect the change in quantity resulting from that transaction. |



https://www.cybermetals.com/how-it-works

# Physical Redemption

Convert your holdings into physical products anytime through our relationship with JM Bullion, one of the largest precious metals retailers in the world.

https://www.cybermetals.com/learn/physical-redemption

# How it Works



Your CyberMetals® holdings represent 100% direct ownership of securely-stored, physical pooled metal. To redeem, simply sell your holdings at the current market rate and apply the proceeds to a wide range of products to have shipped to your door.

https://www.cybermetals.com/learn/physical-redemption

### Redeeming Physical Precious Metals from Us

At any time, Customers may redeem their Digital Metals and receive Physical Precious Metals delivered to you, subject to applicable fees ("Redemption Orders"). CyberMetals® makes no representation that the value we offer for redeeming Digital Metals will be the best price that you could receive on the open market. Customers agree that any Digital Metals purchased through the Services can only be redeemed for Physical Precious Metal from CyberMetals®.

If you wish to redeem some or all of your Digital Metals in exchange for Physical Precious Metal, you may log into your CyberMetals® account. The funds you wish to use must be eligible for Redemption Orders. Funds will not be available for redemption until the digital metals are sold back to CyberMetals®. When you select the option to redeem your Digital Metal, CyberMetals® will provide you with a quote for the price of Physical Precious Metal that you are entitled to receive. Certain funding methods require a holding period before the funds can be used to redeem. Once those holding periods expire, the funds are available for redemption. Funds eligible for redemption are calculated by taking the current cash balance value of your Account and subtracting Market Loss Fees, Shortage Settlement Fees, or other fees or invoices levied on the account, if any. For more information, see **How will my funds for redemption be calculated**.

https://www.cybermetals.com/terms#toc_1

|  |

https://www.youtube.com/watch?v=rsrw0Ndx_g4 |
|---|---|
| purchasing, by the computer-based system, a purchase | The accused instrumentality practices purchasing, by the computer-based system (e.g., a server of the accused instrumentality), a purchase quantity (e.g., grams, ounces, etc.) of the selected commodity (e.g., gold, silver, platinum, etc.) at the price at time of purchase |

| | |
|---|---|
| quantity of the selected commodity at the price at time of purchase to lock-in said price at time of purchase for subsequent delivery and redemption, | to lock-in said price (e.g., a current market price at time of purchase) at time of purchase for subsequent delivery (e.g., delivery at a specific location) and redemption (e.g., redeeming physical gold, silver, platinum, etc.).<br><br>As shown below, the accused instrumentality allows a user to purchase a specific amount of gold, silver, platinum, etc. at the current market price, and that price is fixed at the time of purchase. The quantity bought is recorded in the user's account and the user can redeem that same amount of physical metal, based on the quantity originally purchased.<br><br><br><br>https://www.cybermetals.com/pricing |



https://www.cybermetals.com/how-it-works

As shown below, the accused instrumentality allows the user to purchase certain ounces of digital gold, silver, platinum, etc. at a current market price (e.g., a locked-in price).

### 4. Buying Digital Metals from Us

Buy Orders consist of any purchase of Digital Metals, including Auto Buys and Redemption Orders (collectively, "Buy Orders").

You may buy Digital Metals only in accordance with this Agreement. Upon placing an order to buy Digital Metals with CyberMetals®, you have entered into a binding and legally enforceable agreement. Prices and availability are subject to change without notice.

Customers may buy Digital Metals from CyberMetals® using the funds contained in their Account, or through wire transfer, ACH, credit/debit card (MC, Visa, Discover, AMEX), PayPal, paper check, and cryptocurrency, subject to change without notice. All Buy Orders shall have a minimum amount of either: $0.01 or 0.001 ounces, whichever is greater.

When placing an order for Digital Metals, the price at which your order is submitted is the guaranteed price. Once your order is placed, your purchased Digital Metals will not be available for liquidation until full payment is received. An "order number" will subsequently be forwarded to you via email.

https://www.cybermetals.com/terms#toc_1



selected commodity

lock-in said price at time of purchase

https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://www.youtube.com/watch?v=WYrALqAauno

| | |
|---|---|
| |  **CyberMetals: Buy Gold & Silver** ✕<br><br>About this app<br><br>CyberMetals allows individual investment into securely stored gold and silver at the lowest possible cost. Your free account allows you to invest precious metals 24/7, and through our partnership with JM Bullion, redeem physical precious metals at any time.<br><br>CyberMetals offers a variety of features which make it the best place to invest precious metals.<br><br>■ Build Your Portfolio ■<br>Buy and sell digital precious metals (gold, silver, platinum and palladium), securely stored and insured.<br><br>https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US |
| redeeming, by the computer-based system, subsequently a redeemed quantity of the selected commodity at a subsequent date, the redeemed quantity being at least a portion of the current balance; | The accused instrumentality practices redeeming (e.g., redemption of physical gold bar, silver bar, etc.), by the computer-based system (e.g., a server of the accused instrumentality), subsequently a redeemed quantity (e.g., amount of gold, silver, platinum, etc. to be redeemed) of the selected commodity (e.g., gold) at a subsequent date (e.g., a transaction date), the redeemed quantity (e.g., amount of gold, silver, platinum, etc. to be redeemed, etc.) being at least a portion of the current balance (e.g., available amount balance).<br><br>As shown below, the accused instrumentality allows users to redeem physical gold, silver, platinum, etc. to a user's desired location. The quantity redeemed must be at least a portion of the balance currently held in the account and must also satisfy the applicable minimum withdrawal requirements. Upon completion of the redemption, the corresponding quantity is deducted from the account, and delivery of the physical metal |

is arranged in accordance with the platform's procedures.

# How it Works

Open a free account and invest in securely stored precious metals at a low, fixed premium. Check your portfolio, buy and sell, or make deposits and withdrawals 24/7 through our desktop or mobile app. Or convert your holdings at any time into physical products that are shipped to your door.

delivery on-demand of tangible commodity

https://www.cybermetals.com/how-it-works

| tangible commodity | Gold | Silver | Platinum | Palladium |
|---|---|---|---|---|
| Vault | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas |
| Allocation | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated |

https://www.cybermetals.com/pricing

### 1. Account Creation and Information

Account registration and use of the Services is free. In these Terms and Conditions, "Account" means an account created by a user of the Services with CyberMetals® ("Customer") to buy or sell Digital Metals, add funds to maintain a deposit on account with CyberMetals®, withdraw funds, or redeem funds for Physical Precious Metals. "Digital Metals" are a digital representation of gold, silver, and other precious metals and other bullion, physically backed and stored by CyberMetals® that Customers may buy, sell, and/or use toward purchasing Physical Precious Metals for delivery through the Services. "Physical Precious Metals" means physical precious metals, such as gold, silver, platinum, or palladium bullion bars, rounds, and coins, for which you may redeem your Digital Metals or funds on deposit. Physical Precious Metals purchases will be processed by our affiliate JM Bullion, Inc.

https://www.cybermetals.com/terms#toc_1

## True Ownership Explained

At CyberMetals®, when you buy precious metals, you hold actual, physical metals in a legally segregated account. Each investment is your property, stored under maximum security. Client holdings are vaulted in the form of fine gold, silver, platinum and palladium bars.

https://www.cybermetals.com/

## Low Counterparty Risk

Unlike paper-based ETFs such as GLD, which hold contracts to mirror market movements, CyberMetals® guarantees physical allocation of every ounce you purchase. Your investment is not just a number on a screen; it's a tangible asset in our vaults in Dallas, Texas.

|  | <ul><li>**Liquidity Options:** Although your metals are physically stored, you have the option to sell and redeem your holdings through our platform. This provides you with liquidity while still maintaining the integrity and security of physical ownership.</li></ul><br>At CyberMetals®, we understand the importance of true, tangible ownership in precious metals investing. Our commitment to providing secure, legally segregated, and transparent ownership of physical metals sets us apart, giving you the confidence and assurance you need in your investments. Join CyberMetals® to experience the security and satisfaction of true vaulted metal ownership.<br><br>https://www.cybermetals.com/true-ownership-explained |



https://www.cybermetals.com/how-it-works

# Physical Redemption

Convert your holdings into physical products anytime through our relationship with JM Bullion, one of the largest precious metals retailers in the world.

https://www.cybermetals.com/learn/physical-redemption

# How it Works



Your CyberMetals® holdings represent 100% direct ownership of securely-stored, physical pooled metal. To redeem, simply sell your holdings at the current market rate and apply the proceeds to a wide range of products to have shipped to your door.

https://www.cybermetals.com/learn/physical-redemption

### Redeeming Physical Precious Metals from Us

At any time, Customers may redeem their Digital Metals and receive Physical Precious Metals delivered to you, subject to applicable fees ("Redemption Orders"). CyberMetals® makes no representation that the value we offer for redeeming Digital Metals will be the best price that you could receive on the open market. Customers agree that any Digital Metals purchased through the Services can only be redeemed for Physical Precious Metal from CyberMetals®.

If you wish to redeem some or all of your Digital Metals in exchange for Physical Precious Metal, you may log into your CyberMetals® account. The funds you wish to use must be eligible for Redemption Orders. Funds will not be available for redemption until the digital metals are sold back to CyberMetals®. When you select the option to redeem your Digital Metal, CyberMetals® will provide you with a quote for the price of Physical Precious Metal that you are entitled to receive. Certain funding methods require a holding period before the funds can be used to redeem. Once those holding periods expire, the funds are available for redemption. Funds eligible for redemption are calculated by taking the current cash balance value of your Account and subtracting Market Loss Fees, Shortage Settlement Fees, or other fees or invoices levied on the account, if any. For more information, see How will my funds for redemption be calculated.
https://www.cybermetals.com/terms#toc_1

CyberMetals®' refund, return, and exchange policy on Redemption Orders is limited to five (5) business days from the date you receive your purchased metals. You must notify CyberMetals®' Customer Service Department via telephone at 855-903-3449 within five (5) business days from the date you receive the purchased Physical Precious Metal and follow the instructions provided to you at that time. You are fully responsible for all taxes associated with your purchased Physical Precious Metal. Returns, refunds, and exchanges are subject to CyberMetals®' Market Loss Policy in Section 9. All market gains on refunds, returns, and exchanges shall belong solely to CyberMetals®.
https://www.cybermetals.com/terms#toc_1



https://www.cybermetals.com/learn/physical-redemption



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://www.youtube.com/watch?v=_XWEU7dkHm4



https://www.youtube.com/watch?v=_XWEU7dkHm4

| identifying a zone for redemption for the account balance of each commodity, identifying at least another zone of redemption, and converting at least a portion of the account balance of at least one commodity to an account balance for the another zone of | The accused instrumentality practices identifying a zone (e.g., a first delivery location) for redemption (e.g., redeeming physical gold bar) for the account balance (e.g., a current amount balance) of each commodity (e.g., gold, silver, platinum, etc.), identifying at least another zone (e.g., a second delivery location) of redemption (e.g., redeeming physical gold bar, silver bar, etc.), and converting (e.g., setting a different location) at least a portion of the account balance of at least one commodity to an account balance (e.g., a current amount balance) for the another zone (e.g., a different location) of redemption (e.g., redeeming physical gold bar, silver bar, etc.).<br><br>As shown below, a delivery location (or redemption zone) is selected by the user for redeeming the physical gold, silver, platinum, etc. corresponding to the user's account balance. The accused instrumentality also allows user to redeem gold in another delivery |

| | |
|---|---|
| redemption; and | location. Redemption in different zones involve different applicable charges, including shipping costs, local taxes, etc. depending on the destination and regulatory requirements. These costs are included in accordance with the selected delivery location. |

# How it Works

Open a free account and invest in securely stored precious metals at a low, fixed premium. Check your portfolio, buy and sell, or make deposits and withdrawals 24/7 through our desktop or mobile app. Or convert your holdings at any time into physical products that are shipped to your door.

delivery on-demand of tangible commodity

https://www.cybermetals.com/how-it-works

| tangible commodity | Gold | Silver | Platinum | Palladium |
|---|---|---|---|---|
| Vault | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas | Dallas or Las Vegas |
| Allocation | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated | Fully allocated and physically segregated |

https://www.cybermetals.com/pricing

## 1. Account Creation and Information

Account registration and use of the Services is free. In these Terms and Conditions, "Account" means an account created by a user of the Services with CyberMetals® ("Customer") to buy or sell Digital Metals, add funds to maintain a deposit on account with CyberMetals®, withdraw funds, or redeem funds for Physical Precious Metals. "Digital Metals" are a digital representation of gold, silver, and other precious metals and other bullion, physically backed and stored by CyberMetals® that Customers may buy, sell, and/or use toward purchasing Physical Precious Metals for delivery through the Services. "Physical Precious Metals" means physical precious metals, such as gold, silver, platinum, or palladium bullion bars, rounds, and coins, for which you may redeem your Digital Metals or funds on deposit. Physical Precious Metals purchases will be processed by our affiliate JM Bullion, Inc.

https://www.cybermetals.com/terms#toc_1

### True Ownership Explained

At CyberMetals®, when you buy precious metals, you hold actual, physical metals in a legally segregated account. Each investment is your property, stored under maximum security. Client holdings are vaulted in the form of fine gold, silver, platinum and palladium bars.

https://www.cybermetals.com/

### Low Counterparty Risk

Unlike paper-based ETFs such as GLD, which hold contracts to mirror market movements, CyberMetals® guarantees physical allocation of every ounce you purchase. Your investment is not just a number on a screen; it's a tangible asset in our vaults in Dallas, Texas.

|  | • **Liquidity Options:** Although your metals are physically stored, you have the option to sell and redeem your holdings through our platform. This provides you with liquidity while still maintaining the integrity and security of physical ownership.<br><br>At CyberMetals®, we understand the importance of true, tangible ownership in precious metals investing. Our commitment to providing secure, legally segregated, and transparent ownership of physical metals sets us apart, giving you the confidence and assurance you need in your investments. Join CyberMetals® to experience the security and satisfaction of true vaulted metal ownership.<br><br>https://www.cybermetals.com/true-ownership-explained |



https://www.cybermetals.com/how-it-works

# Physical Redemption

Convert your holdings into physical products anytime through our relationship with JM Bullion, one of the largest precious metals retailers in the world.

https://www.cybermetals.com/learn/physical-redemption

# How it Works



Your CyberMetals® holdings represent 100% direct ownership of securely-stored, physical pooled metal. To redeem, simply sell your holdings at the current market rate and apply the proceeds to a wide range of products to have shipped to your door.

https://www.cybermetals.com/learn/physical-redemption

**Redeeming Physical Precious Metals from Us**

At any time, Customers may redeem their Digital Metals and receive Physical Precious Metals delivered to you, subject to applicable fees ("Redemption Orders"). CyberMetals® makes no representation that the value we offer for redeeming Digital Metals will be the best price that you could receive on the open market. Customers agree that any Digital Metals purchased through the Services can only be redeemed for Physical Precious Metal from CyberMetals®.

If you wish to redeem some or all of your Digital Metals in exchange for Physical Precious Metal, you may log into your CyberMetals® account. The funds you wish to use must be eligible for Redemption Orders. Funds will not be available for redemption until the digital metals are sold back to CyberMetals®. When you select the option to redeem your Digital Metal, CyberMetals® will provide you with a quote for the price of Physical Precious Metal that you are entitled to receive. Certain funding methods require a holding period before the funds can be used to redeem. Once those holding periods expire, the funds are available for redemption. Funds eligible for redemption are calculated by taking the current cash balance value of your Account and subtracting Market Loss Fees, Shortage Settlement Fees, or other fees or invoices levied on the account, if any. For more information, see How will my funds for redemption be calculated.
https://www.cybermetals.com/terms#toc_1

CyberMetals®' refund, return, and exchange policy on Redemption Orders is limited to five (5) business days from the date you receive your purchased metals. You must notify CyberMetals®' Customer Service Department via telephone at 855-903-3449 within five (5) business days from the date you receive the purchased Physical Precious Metal and follow the instructions provided to you at that time. You are fully responsible for all taxes associated with your purchased Physical Precious Metal. Returns, refunds, and exchanges are subject to CyberMetals®' Market Loss Policy in Section 9. All market gains on refunds, returns, and exchanges shall belong solely to CyberMetals®.
https://www.cybermetals.com/terms#toc_1



https://www.cybermetals.com/learn/physical-redemption



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US



https://www.youtube.com/watch?v=_XWEU7dkHm4



https://www.youtube.com/watch?v=_XWEU7dkHm4

| permitting, by the computer-based system, access to the account for repeating the step of transacting. | The accused instrumentality practices permitting, by the computer-based system (e.g., a server of the accused instrumentality), access to the account (e.g., a user's account) for repeating the step of transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows users to repeat transactions such as purchasing, redemption, etc. based on meeting the minimum requirements. |



https://www.cybermetals.com/learn/automatic-investments



https://play.google.com/store/apps/details?id=com.cybermetals.app.prod&hl=en_US

# What is the CyberMetals Auto Buy Program?



Auto Buy allows you to schedule automatic purchases at regular intervals based on a set dollar or ounce amount. Funds are automatically deducted from your CyberMetals cash balance to pay for each Auto Buy purchase.

https://help.cybermetals.com/article/598-what-is-the-cybermetals-autobuy-program

When you establish an Auto Buy using a set **ounce** amount, you will likely see separate orders completed for slightly different **dollar** amounts. This is because the price charged will be based on CyberMetal's spot price and premium for the product at the time the order is executed.

https://help.cybermetals.com/article/598-what-is-the-cybermetals-autobuy-program



https://www.cybermetals.com/how-it-works

# Physical Redemption

Convert your holdings into physical products anytime through our relationship with JM Bullion, one of the largest precious metals retailers in the world.

https://www.cybermetals.com/learn/physical-redemption

# How it Works



Your CyberMetals® holdings represent 100% direct ownership of securely-stored, physical pooled metal. To redeem, simply sell your holdings at the current market rate and apply the proceeds to a wide range of products to have shipped to your door.

https://www.cybermetals.com/learn/physical-redemption

## Redeeming Physical Precious Metals from Us

At any time, Customers may redeem their Digital Metals and receive Physical Precious Metals delivered to you, subject to applicable fees ("Redemption Orders"). CyberMetals® makes no representation that the value we offer for redeeming Digital Metals will be the best price that you could receive on the open market. Customers agree that any Digital Metals purchased through the Services can only be redeemed for Physical Precious Metal from CyberMetals®.

If you wish to redeem some or all of your Digital Metals in exchange for Physical Precious Metal, you may log into your CyberMetals® account. The funds you wish to use must be eligible for Redemption Orders. Funds will not be available for redemption until the digital metals are sold back to CyberMetals®. When you select the option to redeem your Digital Metal, CyberMetals® will provide you with a quote for the price of Physical Precious Metal that you are entitled to receive. Certain funding methods require a holding period before the funds can be used to redeem. Once those holding periods expire, the funds are available for redemption. Funds eligible for redemption are calculated by taking the current cash balance value of your Account and subtracting Market Loss Fees, Shortage Settlement Fees, or other fees or invoices levied on the account, if any. For more information, see **How will my funds for redemption be calculated**.

https://www.cybermetals.com/terms#toc_1